IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUKHAN MUMIN, | ) | |
| Plaintiff, | ) | 8:17CV99 |
| v. | ) | |
| JOE KELLY, LANCASTER COUNTY, NE, LINCOLN POLICE DIVISION, LANCASTER COUNTY SHERIFF, JEFFRE CHEUVRONT, and AMIE LARSON, | ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

On March 29, 2017, the court ordered Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees. (Filing 6.) To date, Plaintiff has not made the required showing or paid the required fees.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

DATED this 3rd day of May, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge